Filed
Clerk of Court
United States District Court
By jamesburrell
On: November 4, 2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INDICTMENT NO.** 4:26cr-130 |
| | ) | |
| **v.** | ) | **18 U.S.C. § 2261A(2)** |
| | ) | **Cyberstalking** |
| **DAVID JUDE REGISTER** | ) | |

**THE GRAND JURY CHARGES THAT:**

**<u>COUNT ONE</u>**
*Cyberstalking*
18 U.S.C. § 2261A(2)

Beginning at least as early as September 2023 and continuing to at least on or about October 25, 2026, the exact dates being unknown, the Defendant,

**DAVID JUDE REGISTER,**

did, with intent to harass and intimidate Victim 1, a person in Chatham County, within the Southern District of Georgia, and elsewhere, use an interactive computer service, an electronic communication service, and other facilities of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 1, whose name is known to the grand jury.

All in violation of Title 18, United States Codes, Section 2261A(2).

**COUNT TWO**
*Cyberstalking*
18 U.S.C. § 2261A(2)

Beginning at least as early as October 2024 and continuing to at least on or about October 25, 2026, the exact dates being unknown, the Defendant,

**DAVID JUDE REGISTER,**

did, with intent to harass and intimidate Victim 2, a person in Chatham County, within the Southern District of Georgia, and elsewhere, use an interactive computer service, an electronic communication service, and other facilities of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 2, whose name is known to the grand jury.

All in violation of Title 18, United States Codes, Section 2261A(2).

A True Bill.

Foreperson

Margaret E. Heap
United States Attorney

Darron J. Hubbard
Assistant United States Attorney
*Lead Counsel

Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

Olivia C. Brame
Assistant United States Attorney
*Co-lead Counsel